Herald Hiram Cummings, Appellee, v. Fred Stella and Glenn Stella, Trading as Stella Baking Company, Appellants.

Gen. No. 9,456.

Heard in this court at the February term, 1945; opinion filed February 28, 1945; released for publication March 27, 1945. Steely, Steely, Graham & Dysert, for appellants; Watler V. Dysert, of counsel; John R. Dean, for appellee. Opinion by JUSTICE HAYES. Not to be published in full.